**Order entered November 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

In an opinion and judgment dated November 19, 2014, the Court dismissed this appeal for want of prosecution. Accordingly, we **DENY** as moot appellants' November 19, 2014 "Motion to Suspend Rules that Would Dismiss Appeal Due to Inability to Form Appellants' Brief."

/s/    ADA BROWN
       JUSTICE